## UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jose Alberto Velasquez**             **Docket No. 5:20-CR-29-1D**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jose Alberto Velasquez, who, upon an earlier plea of guilty to 18 U.S.C. §§ 2113(d) and 2, Bank Robbery and Aiding and Abetting; and 18 U.S.C. §§ 924(c)(1) and 2, Using, Carrying, Brandishing a Firearm During a Crime of Violence and Aiding and Abetting, in the Western District of Texas, was sentenced by the Honorable Lee Yeakel, U.S. District Judge, in the Western District of Texas, on August 4, 2008, to the custody of the Bureau of Prisons for a term of 125 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jose Alberto Velasquez was released from custody on March 27, 2017, at which time the term of supervised release commenced. The defendant's supervision was transferred to the Eastern District of North Carolina on September 20, 2018.

On January 15, 2020, jurisdiction in this case was transferred to the Eastern District of North Carolina.

On January 15, 2020, a violation report was also submitted informing the court that the defendant tested positive for cocaine. The court allowed him to continue on supervision and engage in substance abuse treatment. He was also enrolled in the surprise urinalysis program.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 7, 2020, the defendant provided a drug test which returned positive for marijuana on August 16, 2020. It is the recommendation of the probation office to allow the defendant to continue to engage in substance abuse treatment and participate in the surprise urinalysis program. In addition, it is recommended the defendant be ordered to complete 20 hours of community service as a sanction for his illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Jose Alberto Velasquez
Docket No. 5:20-CR-29-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Jonathan A. Holmes<br>Jonathan A. Holmes<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 9196104087<br>Executed On: August 17, 2020 |

### ORDER OF THE COURT

Considered and ordered this **18** day of **August**, 2020, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge